BARRY J. PORTMAN
Federal Public Defender
LARA S. VINNARD
Assistant Federal Public Defender
160 West Santa Clara Street, Suite 575
San Jose, CA 95113
Telephone: (408) 291-7753

Counsel for Defendant PRADO-FIGUEROA

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR 08-00634 JW |
| ) | |
| Plaintiff, ) | **STIPULATION TO CONTINUE** |
| ) | **HEARING AND EXCLUDE TIME;** |
| v. ) | **[PROPOSED] ORDER** |
| ) | |
| SALVADOR PRADO-FIGUEROA, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

Defendant and the government, through their respective counsel, hereby stipulate that, subject to the court's approval, the hearing in the above-captioned matter, presently scheduled for Monday, October 27, 2008, be continued to Monday, November 24, 2008, at 1:30 p.m. The continuance is requested because the defense is continuing to investigate this matter.

The parties further agree that time should be excluded under the Speedy Trial Act because the defense requires time for effective preparation and investigation, and the ends of justice outweigh the defendant's and the public's need for a speedy trial.

Dated: 10/23/08                                              _____/s/_____
                                                                         LARA S. VINNARD
                                                                         Assistant Federal Public Defender

Dated: 10/23/08                                              _____/s/_____
                                                                         JEFFREY SCHENK
                                                                         Assistant United States Attorney

STIPULATION TO CONTINUE
HEARING DATE; [PROPOSED] ORDER
No. CR 08-00634 JW                                        1

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR 08-00634 JW |
| ) | |
| Plaintiff, ) | [PROPOSED] ORDER CONTINUING |
| ) | HEARING AND EXCLUDING TIME |
| v. ) | |
| ) | |
| SALVADOR PRADO-FIGUEROA, ) | |
| ) | |
| Defendant. ) | |
| _____) | |

The parties have jointly requested a continuance of the hearing set for October 27, 2008, to allow time for the defense to complete investigation.

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the hearing date presently set for October 27, 2008, be continued to November 24, 2008, at 1:30 p.m.

Pursuant to the parties' stipulation, IT IS FURTHER ORDERED that the period of time from October 27 to November 24, 2008, shall be excluded from the period of time within which trial must commence under the Speedy Trial Act, 18 U.S.C. § 3161 et seq.

Dated: October 23, 2008

_____
JAMES WARE
United States District Judge

STIPULATION TO CONTINUE
HEARING DATE; [PROPOSED] ORDER
No. CR 08-00634 JW                     2