BARRY J. PORTMAN
Federal Public Defender
LARA S. VINNARD
Assistant Federal Public Defender
160 West Santa Clara Street, Suite 575
San Jose, CA  95113
Telephone:  (408) 291-7753

Counsel for Defendant PRADO-FIGUEROA

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| UNITED STATES OF AMERICA, | ) | No. CR 08-00634 JW |
|---|---|---|
| Plaintiff, | ) | **STIPULATION TO CONTINUE HEARING AND EXCLUDE TIME; [PROPOSED] ORDER** |
| v. | ) | |
| SALVADOR PRADO-FIGUEROA, | ) | |
| Defendant. | ) | |

Defendant and the government, through their respective counsel, hereby stipulate that, subject to the court's approval, the hearing in the above-captioned matter, presently scheduled for Monday, May 18, 2009, at 1:30 p.m., be continued to Monday, June 29, 2009, at 1:30 p.m.  The continuance is requested because the defendant remains at MDC-LA undergoing a competency evaluation.  The defense has received an update via email from the staff at MDC-LA (which email was forwarded to government counsel) stating that the competency evaluation is expected to be completed by June 15, 2009.

///

///

///

STIPULATION TO CONTINUE
HEARING DATE; [PROPOSED] ORDER
No. CR 08-00634 JW                    1

1     The parties further agree that time should be excluded under the Speedy Trial Act because
2 the defendant is presently unavailable due to his competency evaluation, and the ends of justice
3 outweigh the defendant's and the public's need for a speedy trial.

5 Dated: 5/8/09                                _____/s/_____
                                                            LARA S. VINNARD
6                                                         Assistant Federal Public Defender

7 Dated: 5/8/09                                _____/s/_____
                                                         LAURA DURITY
8                                                         Assistant United States Attorney

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>v.<br><br>SALVADOR PRADO-FIGUEROA,<br><br>  Defendant. | No. CR 08-00634 JW<br><br>[PROPOSED] ORDER CONTINUING HEARING AND EXCLUDING TIME |

The parties have jointly requested a continuance of the hearing set for May 18, 2009, because the defendant's competency evaluation at MDC-LA is ongoing.

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the hearing date presently set for May 18, 2009, be continued to June 29, 2009, at 1:30 p.m.

Pursuant to the parties' stipulation, IT IS FURTHER ORDERED that the period of time from May 18, 2009 to June 29, 2009, shall be excluded from the period of time within which trial must commence under the Speedy Trial Act, 18 U.S.C. § 3161 et seq.

IT IS SO ORDERED.

Dated: May 8, 2009

_____
JAMES WARE
United States District Judge

STIPULATION TO CONTINUE
HEARING DATE; [PROPOSED] ORDER
No. CR 08-00634 JW                    3